IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ALTUS GROUP US INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 3:25-cv-1361-B |
| | § | |
| WILLIAM COLE, | § | |
| | § | |
| Defendant. | § | |

## ORDER SETTING SETTLEMENT CONFERENCE

Under the Court's May 22, 2026 order of reference, Senior United States District Judge Jane J. Boyle referred this case to the undersigned United States magistrate judge to conduct a settlement conference. *See* Dkt. No. 42.

This Order Setting Settlement Conference will control all proceedings relating to the settlement conference.

## I. SCHEDULING OF SETTLEMENT CONFERENCE

The settlement conference will be held on **Wednesday, September 16, 2026 at 9:30 a.m. Central Time** in Judge Horan's courtroom, 1100 Commerce, 15th Floor, Dallas, Texas.

The undersigned has blocked off his schedule until **4:30 p.m. Central Time** and will allow the participants a break to leave the courthouse to get lunch at an appropriate time.

Counsel are reminded to advise their client(s) or client representative(s) of the date, time, and location of this settlement conference.

-1-

All parties must contact Shakira Todd at (214) 753-2165 **at least two days** prior to the settlement conference to confirm their attendance.

Failure to comply with this Order Setting Settlement Conference or to attend the settlement conference without obtaining the Court's permission will subject a non-complying party or counsel to appropriate sanctions.

## II. MEDIATION PREPARATION AND CONDUCT

Because over 95 percent of all civil suits settle prior to trial, settlement preparation should be treated as seriously as trial preparation. Planning is essential because the party who is best prepared often obtains the best result.

The undersigned has found that the following steps are essential to a successful mediation or settlement conference.

### A. *Format*

#### 1. Pre-settlement conference demand and counter-offer

A settlement conference is more likely to be productive if, before the conference, the parties have exchanged written settlement proposals.

**No later than Wednesday, September 2, 2026**, Plaintiffs must submit a settlement demand to Defendant's counsel with a brief explanation of why such a settlement is appropriate as well as a proposed settlement agreement and list of the names and titles of the persons who will be present during the settlement conference.

**No later than Wednesday, September 9, 2026**, Defendant must submit a written counter-offer to Plaintiffs' counsel with a brief explanation of why such a settlement is appropriate and a list of the names and titles of the persons who will be

present during the settlement conference.

Copies of these letters and proposed settlement agreements must (in addition to being sent directly to the opposing party or that party's counsel) be emailed to Judge Horan's chambers at Horan_Orders@txnd.uscourts.gov **on the date that each is submitted to the opposing party**.

Copies of these letters and agreements should not be filed with the Clerk's office or through the Electronic Case Files ("ECF") system.

### 2.    Confidential position papers

The parties must provide to the Court confidential position papers detailing any facts or issues that they believe will be helpful to the Court in conducting the settlement conference but which they choose not to reveal to the opposing side. This may include a party's interests and concerns beyond any monetary demand, the existence and status of prior negotiations (formal or otherwise), and anything else that might be helpful for a mediator to know in advance.

Position papers should not merely incorporate or attach pending motions for summary judgment or motions to dismiss.

All position papers must be emailed to Horan_Orders@txnd.uscourts.gov by **Friday, September 11, 2026**. Copies of these position papers should not be filed with the Clerk's office or through the Electronic Case Files ("ECF") system.

### 3.    Attendance of parties required

Defendant William Cole, a representative for Plaintiff Altus Group US Inc., and their respective counsel must be personally present, in person, at the settlement conference unless they receive the Court's permission to attend virtually.

Failure to comply with any of these requirements for attendance without permission from the Court may result in the rescheduling of the settlement conference at the cost of the non-complying party and other appropriate sanctions.

### 4.    <u>Mediation format</u>

The parties and counsel should think of this as a traditional mediation.

The undersigned will begin with introductory remarks by the undersigned during an opening joint session and then private caucusing by the undersigned with each side.

The parties will not make presentations during this opening joint session.

The undersigned expects both the attorneys and the parties to be fully prepared to participate.

The undersigned encourages all parties to keep an open mind in order to reassess their previous positions and to find creative means for resolving the dispute.

### 5.    <u>Confidentiality</u>

Parties are encouraged to be frank and open in their discussions.

Unless otherwise agreed by the parties, all conversations and materials produced during the settlement conference are confidential and will not be admissible at trial.

No recording of any kind may be made of any of the proceedings unless otherwise ordered by the Court.

Unless otherwise agreed by the parties or ordered by a court, the parties will not introduce as evidence in any judicial or arbitration proceeding (1) any view expressed or suggestion made by a party with respect to possible settlement; (2) any

admission made by a party during the settlement conference; (3) any proposal made or view expressed by the judge; or (4) the fact that a party did or did not indicate willingness to accept any proposal for settlement made at the settlement conference.

## B.    *Involvement of clients*

For many clients, this will be the first time that they have participated in a mediation or settlement conference.

Counsel must provide a copy of this Order Setting Settlement Conference to their clients and must discuss the points contained in this order with the client before the settlement conference.

## C.    *Settlement documents*

In the event of settlement, the undersigned may require that the parties execute an agreement or term sheet memorializing the material terms of settlement before the settlement conference is formally adjourned.

To facilitate this process, the parties are required to submit proposed documents with their pre-conference settlement proposals.

The undersigned also encourages the parties to agree on as many specific terms of a settlement agreement as possible before the settlement conference.

*********************************************

Failure to comply with all aspects of this order without obtaining the Court's permission will subject a non-complying party or counsel to appropriate sanctions on a later order of the Court.

Any questions concerning the requirements of this order may be directed to

-6-

Shakira Todd at (214) 753-2165.

SO ORDERED.

DATED: May 29, 2026

_____
DAVID L. HORAN
UNITED STATES MAGISTRATE JUDGE